IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 05-087-CG-M |
| | ) |
| SGT. CHARLES MASSEY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons stated in the report and recommendation which has been adopted as the opinion of this court, it is **ORDERED, ADJUDGED, and DECREED** that this case be, and hereby is, **DISMISSED WITHOUT PREJUDICE,** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 13th day of February 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE